The Honorable Robert Lasnik

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| OMAR ALI, an individual, and KHALID MOHAMED, an individual, and MOHAMUD JAMA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MENZIES AVIATION, INC. a foreign business entity, and JOHN MENZIES PLC, a foreign limited liability company,<br><br>Defendants. | Case No. 2:16-cv-262 RSL<br><br>**STIPULATED AMENDMENT TO PROPOSED NOTICE OF CLASS ACTION SETTLEMENT** |

The parties stipulate to substitute and amend the "Notice of Class Action Settlement, Settlement Fairness Hearing, and Motion for Attorney Fees and Reimbursement of Attorney Expenses" that was originally filed on August 5, 2016 as Exhibit 2 to the Stipulated Motion to Lift Stay and For Certification of Settlement Class and For Preliminary Approval of Class Action Settlement (Dkt # 13).

The only change to the original version is the additional of the following on page 2 under the heading "Your Legal Rights and Options in this Settlement":

| **You Can Opt Out of the Settlement** | You can opt out by sending a written request to the Claims Administrator within sixty (60) days after the Notice Deadline. Exclusion |
|---|---|

STIPULATED MOTION TO AMEND
NOTICE OF CLASS ACTION SETTLEMENT- 1
2:16-cv-00262

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

| | requests must be signed and include the following statement: "I/we request to be excluded from the class settlement in *Ali et al. v. Menzies Aviation, Inc. et al.*, Case No. 2:16-cv-00262." The address to send an opt-out notice is [address of administrator]. |
|---|---|

DATED this 31st day of August, 2016.

BADGLEY MULLINS TURNER PLLC

/s/ Duncan C. Turner_____
Duncan C. Turner, WSBA # 20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Facsimile: (206) 621-9686
Email: duncanturner@badgleymullins.com
**Attorney for Plaintiff**

LAW OFFICE OF DANIEL R. WHITMORE

/s/Daniel R. Whitmore_____
Daniel R. Whitmore, WSBA No. 24012
2626 15th Avenue West, Suite 200
Seattle, WA 98119
Telephone: (206) 329-8400
Facsimile: (206) 329-84001
Email: dan@whitmorelawfirm.com
**Attorney for Plaintiffs**

FOLEY & LARDNER LLP

s/Christopher Ward _____
Christopher Ward, CA Bar No. 238777
Admitted pro hac vice
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Facsimile: 213.486.0065
E-mail: cward@foley.com

STIPULATED MOTION TO AMEND
NOTICE OF CLASS ACTION SETTLEMENT- 2
2:16-cv-00262

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

**Attorney for Defendants**

RIMON, P.C.

s/Paul H. Beattie
Paul H. Beattie, WSBA No. 30277
500 Yale Avenue North, 1st Floor
Seattle, Washington 98109
Telephone: (800) 930-7271
Mobile: (206) 696-9095
Fax: (800) 930-7271
E-mail: paul.beattie@rimonlaw.com
**Attorney for Defendants**

STIPULATED MOTION TO AMEND
NOTICE OF CLASS ACTION SETTLEMENT- 3
2:16-cv-00262

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686